IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

No. C 13-5385 MEJ (PR)

**ORDER OF TRANSFER**

JERRY W. BAKER,
    Plaintiff,
    v.
SACRAMENTO COUNTY JAIL, et al.,
    Defendants.
_____/

    Plaintiff Jerry W. Baker, an inmate in the Sacramento County Jail, has filed a *pro se* civil rights complaint under 42 U.S.C. § 1983.

    The acts complained of in his complaint occurred in Sacramento County which lies in the Eastern District of California. Venue, therefore, properly lies in the Eastern District and not in this one. See 28 U.S.C. § 1391(b).

    Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk of the Court shall transfer the case forthwith.

    IT IS SO ORDERED.

DATED: November 26, 2013

Maria-Elena James
United States Magistrate Judge